UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Accolade Systems LLC, a Texas Limited Liability Company, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No.:6:07-cv-47 |
| 01 Communique Laboratory, Inc., an Ontario, Canada corporation; Symantec Corp. a Delaware corporation; LogMeIn, Inc., a Delaware corporation, | § § § § § § | |
| Defendants. | § | |

## **PLAINTIFF'S MOTION TO DISMISS SYMANTEC CORP.**

The Plaintiff respectfully moves to dismiss Defendant Symantec Corp. from this cause, and in support thereof would respectfully show the Court as follows:

**I.**

All matters in controversy between the Plaintiff and the Defendant Symantec Corp. have been voluntarily resolved. The Plaintiff therefore moves to dismiss all claims and causes of action asserted in this case against Defendant Symantec Corp., with prejudice to the right to pursue any such claims against this Defendant in the future.

WHEREFORE, the Plaintiff prays that this action be dismissed with prejudice to the right to pursue any claims asserted in this action against Symantec Corp. in the future, with costs of court and fees to be assessed against the party who incurred them.

Respectfully submitted,

_____
Carl R. Roth, TX Bar # 17312000
cr@rothfirm.com
Michael C. Smith, TX Bar #18650410
ms@rothfirm.com
THE ROTH LAW FIRM, P.C.
P.O. Box 876
Marshall, Texas 75671
Telephone:  (903) 935-1665
Facsimile:  (903) 935-1797

**ATTORNEYS FOR PLAINTIFF**
**ACCOLADE SYSTEMS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 5th day of April, 2007.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

_____
Carl R. Roth